

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00422-CV

JOSE J. RODRIGUEZ                                       APPELLANT

V.

NORMA RODRIGUEZ                                    APPELLEE

----------

## FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On November 5, 2012, the court ordered that this appeal be referred to mediation and abated pending the mediation. The parties have filed a "Joint Motion to Set Aside the Judgment and For Remand," in which they state that they have "fully and finally resolved all issues in controversy and have fully and finally compromised and settled this case." We have considered the parties'

---

[1]*See* Tex. R. App. P. 47.4.

motion, and it is the court's opinion that the motion should be granted. Accordingly, we reinstate this appeal, set aside the trial court's July 18, 2012 Final Decree of Divorce without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  August 15, 2013